# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2010

140319

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CHRISTONNA CAMPBELL,
      Plaintiff-Appellee,

v

DEPARTMENT OF HUMAN SERVICES,
      Defendant-Appellant.

SC: 140319
COA: 281592
Washtenaw CC: 06-000183-CD

_____/

      On order of the Court, the application for leave to appeal the November 24, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 56 days of the date of this order, but they should not submit mere restatements of their application papers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2010

0603

_____
Clerk